IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | § § § § | |
| Plaintiff | § § | |
| vs. | § § | |
| FLEET MANAGEMENT SOLUTIONS, INC., FLEETMATICS USA, INC., FLEETRONIX INTERNATIONAL, LLC, GE CAPITAL FLEET SERVICES, GPS INSIGHT, LLC, GPS LOGIC, LLC, GPS TECHNOLOGIES OF NORTH AMERICA, INC., INDUSTRACK, LLC, NAVTRAK, INC., NETWORKFLEET INC., PEOPLENET COMMUNICATIONS CORPORATION, PROCON FLEET SERVICES, LLC, QUALCOMM INC., SAGEQUEST I, LLC, TELETRAC, INC., TELOGIS, INC., WIRELESS MATRIX USA, INC., AND XATA CORPORATION, | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:11-cv-00815 JURY DEMANDED |
| Defendant. | § § § | |

**DEFENDANT TELOGIS, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE**

Defendant, Telogis, Inc. ("Telogis"), pursuant to Federal Rule of Civil Procedure 6(b), files its Unopposed Motion for Extension of Time to Answer or Otherwise Move, and respectfully shows the Court as follows:

1.      Plaintiff, PJC Logistics, LLC ("PJC") commenced this action against Telogis and other named Defendants by the filing of its Complaint (the "Complaint") with this Court on April 20, 2011.

2. PJC sent Telogis a request for waiver of service by Telogis pursuant to Federal Rule of Civil Procedure 4(d). Telogis agreed to waive service of the Complaint.

3. The current deadline for Telogis to answer the Complaint or otherwise move is June 25, 2011. Fed. R. Civ. P. 12(a)(1)(A).

4. Telogis respectfully requests that the deadline to answer or otherwise move with regard to the Complaint as originally filed in this Court be extended to the earlier of:

(1) Forty-five (45) days after the Judicial Panel on Multidistrict Litigation issues a decision regarding a Motion for Transfer of Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings in In re: Vehicle Tracking and Security System ('844) Patent Litigation, MDL No. 2249 (J.P.M.L. filed April 14, 2011), or;

(2) September 12, 2011.

5. Counsel for PJC is unopposed to this Motion and the entry of the Agreed Order on Unopposed Motion.

WHEREFORE, PREMISES CONSIDERED, Telogis respectfully requests that the Court grant this Unopposed Motion and such other and further relief, at law or in equity, to which it may be entitled.

Dated: June 16, 2011                     Respectfully Submitted,


                By:     s/ Kirby B. Drake
                   Kelly J. Kubasta, State Bar No. 24002430
                   Kirby B. Drake, State Bar No. 24036502
                   **KLEMCHUK KUBASTA LLP**
                   Campbell Centre II
                   8150 North Central Expressway, Suite 1150
                   Dallas, TX 75206
                   Phone: (214)367-6000
                   Facsimile: (214) 367-6001
                   kelly.kubasta@kk-llp.com
                   kirby.drake@kk-llp.com
                   docketing_kkllp@me.com


                   S. Christian Platt (*pro hac vice pending*)
                   **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
                   4747 Executive Drive, 12th Floor
                   San Diego, CA  92121
                   Phone: (858) 458-3000
                   Facsimile: (858) 458-3005
                   christianplatt@paulhastings.com

                   **ATTORNEYS FOR TELOGIS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2011, I caused a true and correct copy of the foregoing Defendant Telogis, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Move to be served by electronic filing using the CM/ECF system upon:

R. Mark Kietz
Kietz & Jarrard PC
rmdietz@lawdietz.com

Zach T. Mayer
Kane Russell Coleman & Logan
zmayer@krcl.com

By:  */s/* Kirby B. Drake
     Kirby B. Drake