IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| PJC LOGISTICS, LLC, § <br> § <br> Plaintiff § <br> § <br> vs. § <br> § <br> FLEET MANAGEMENT SOLUTIONS, § <br> INC., FLEETMATICS USA, INC., § <br> FLEETRONIX INTERNATIONAL, § <br> LLC, GE CAPITAL FLEET SERVICES, § <br> GPS INSIGHT, LLC, GPS LOGIC, LLC, § <br> GPS TECHNOLOGIES OF NORTH § <br> AMERICA, INC., INDUSTRACK, LLC, § <br> NAVTRAK, INC., NETWORKFLEET § <br> INC., PEOPLENET § <br> COMMUNICATIONS CORPORATION, § <br> PROCON FLEET SERVICES, LLC, § <br> QUALCOMM INC., SAGEQUEST I, § <br> LLC, TELETRAC, INC., TELOGIS, § <br> INC., WIRELESS MATRIX USA, INC., § <br> AND XATA CORPORATION, § <br> § <br> Defendant. § <br> § <br> § | CIVIL ACTION NO. 3:11-cv-00815 <br><br> JURY DEMANDED |

**ORDER ON DEFENDANT TELOGIS, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE**

The Court has considered the Unopposed Motion for Extension of Time to Answer or Otherwise Move filed by Defendant, Telogis, Inc. Upon consideration of the Motion, and noting that Plaintiff, PJC Logistics, LLC, does not oppose the requested extension of time, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Defendant, Telogis, Inc. is hereby granted an extension to answer or otherwise move with regard to the Complaint up to and including the earlier of:

- 2 -

(1)   Forty-five (45) days after the Judicial Panel on Multidistrict Litigation issues a decision regarding a Motion for Transfer of Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings in In re: Vehicle Tracking and Security System ('844) Patent Litigation, MDL No. 2249 (J.P.M.L. filed April 14, 2011); or

(2)   September 12, 2011.

SIGNED on this 17 day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE