IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 3:11-CV-815 |
| Plaintiff | : | |
| v. | : | |
| FLEET MANAGEMENT SOLUTIONS, INC., *ET AL*. | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Fleet Management Solutions has not yet received service of process and has not yet answered the complaint. Accordingly, PJC Logistics voluntarily dismisses Fleet Management Solutions without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted,

Dated: June 21, 2011

Steven R. Daniels
800 South Austin Ave., Suite 200
Georgetown, Texas 78626-5845
Office: (512) 582-2820
Facsimile: (512) 582-2829
**Attorneys for Plaintiff PJC Logistics LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2011, I electronically file the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

_____
Steven R. Daniels