# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

PJC LOGISTICS, LLC,

Plaintiff

v.

FLEET MANAGEMENT SOLUTIONS, INC., et al.

Defendant

3:11-cv-00815

Civil Action No.

## **CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

DEFENDANT GE CAPITAL FLEET SERVICES

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Gelco Corporation (d/b/a GE Capital Fleet Services) is a wholly owned subsidiary of General Electric Capital Corporation.  General Electric Capital Corporation is wholly owned by General Electric Capital Services, Inc. which is a wholly owned subsidiary of the General Electric Company.  The General Electric Company is a publicly held corporation and no known publicly held company owns a 10% or more interest in the General Electric Company.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None.

| | |
|---|---|
| Date: | June 28, 2011 |
| Signature: | /S/ Betty S.W. Graumlich |
| Print Name: | Betty S. W. Graumlich |
| Bar Number: | 30825VA |
| Address: | 901 E. Byrd Street, Suite 1700 |
| City, State, Zip: | Richmond, Virginia 23219 |
| Telephone: | 1-804-344-3400 |
| Fax: | 1-804-344-3410 |
| E-Mail: | bgraumlich@reedsmith.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons