UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-cv-815-M |
| | § | |
| FLEET MANAGEMENT SOLUTIONS, INC., FLEETMATICS USA, INC., FLEETRONIX INTERNATIONAL, LLC, GE CAPITAL FLEET SERVICES, GPS INSIGHT, LLC, GPS LOGIC, LLC, GPS TECHNOLOGIES OF NORTH AMERICA, INC., INDUSTRACK, LLC, NAVTRACK, INC., NETWORKFLEET INC., PEOPLENET COMMUNICATIONS CORPORATION, PROCON FLEET SERVICES, LLC, QUALCOMM INC., SAGEQUEST I, LLC, TELETRAC, INC., TELOGIS, INC., WIRELESS MATRIX USA, INC., and XATA CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are the Unopposed Motions for Extension of Time to Answer or Otherwise Move [Docket Entries #18, 25] filed by Defendants Wireless Matrix USA, Inc. and General Electric Capital Fleet Services (GE). The Motions are **GRANTED**. The deadline for Wireless Matrix and GE to answer or otherwise respond to the Complaint is extended to the earlier of (1) forty-five days after the Judicial Panel on Multidistrict Litigation issues a decision regarding a Motion for Transfer of Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings in *In re: Vahicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 (J.P.M.L. filed April 14, 2011); or (2) September 12, 2011.

**SO ORDERED**.

June 29, 2011.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**