# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-cv-815-M |
| | § | |
| FLEET MANAGEMENT SOLUTIONS, | § | |
| INC., FLEETMATICS USA, INC., | § | |
| FLEETRONIX INTERNATIONAL, LLC, | § | |
| GE CAPITAL FLEET SERVICES, GPS | § | |
| INSIGHT, LLC, GPS LOGIC, LLC, GPS | § | |
| TECHNOLOGIES OF NORTH AMERICA, | § | |
| INC., INDUSTRACK, LLC, NAVTRACK, | § | |
| INC., NETWORKFLEET INC., | § | |
| PEOPLENET COMMUNICATIONS | § | |
| CORPORATION, PROCON FLEET | § | |
| SERVICES, LLC, QUALCOMM INC., | § | |
| SAGEQUEST I, LLC, TELETRAC, INC., | § | |
| TELOGIS, INC., WIRELESS MATRIX | § | |
| USA, INC., and XATA CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Answer or

Otherwise Move [Docket Entry #32] filed by Defendants FleetMatics USA, Inc. and SageQuest

I, LLC. The Motion is **GRANTED**. The deadline for FleetMatics and SageQuest to answer or

otherwise respond to the Complaint is extended to the earlier of (1) forty-five days after the

Judicial Panel on Multidistrict Litigation issues a decision regarding a Motion for Transfer of

Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings in *In*

*re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 (J.P.M.L. filed

April 14, 2011); or (2) September 12, 2011.

1

**SO ORDERED**.

July 5, 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS