UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>FLEET MANAGEMENT SOLUTIONS INC., *ET. AL*<br><br>  Defendants. | Civil Action No 3:11-cv-00815-M |

**UNOPPOSED MOTION TO EXTEND TIME FOR**
**DEFENDANT QUALCOMM INC. TO ANSWER THE COMPLAINT**

Defendant QUALCOMM INC. ("Qualcomm") respectfully moves the Court for an order, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, extending the time to serve an answer to the Complaint as set forth below.

1. Plaintiff commenced this action against Qualcomm and other defendants by filing a Complaint with this Court on April 20, 2011.

2. Qualcomm was served with the Complaint on July 8, 2011.

3. The current deadline for Qualcomm to serve an answer to the Complaint is July 29, 2011.

4. On April 13, 2011, Qualcomm filed a motion, pursuant to 28 U.S.C. § 1407, with the Judicial Panel on Multidistrict Litigation, seeking centralization of this action and all related actions in the District of Minnesota (the "Transfer Motion"). The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 and is scheduled to be heard on July 28, 2011.

5. Accordingly, in the interests of judicial economy, Qualcomm

respectfully requests that the Court extend the deadline for Qualcomm to serve an answer until the earlier of (a) 45 days after the Judicial Panel on Multidistrict Litigation issues a decision on the Transfer Motion or (b) September 12, 2011.

6. Plaintiff does not oppose this motion and agrees to the extension of time as requested herein.

Dated: July 15, 2011

>Respectfully submitted,
>
>**BRACEWELL & GIULIANI LLP**
>
>/s/ Alan D Albright
>Alan D Albright
>Texas State Bar No. 00973650
>Alan.Albright@bgllp.com
>Bracewell & Giuliani LLP
>111 Congress Avenue, Suite 2300
>Austin, Texas 78701
>Tel: 512-472-7800
>Fax: 512-472-9123
>
>*Counsel for Defendant - QUALCOMM INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record via the Court's Electronic Case File System on July 15, 2011.

>/s/Alan D Albright
>Alan D Albright

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) Civil Action No 3:11-cv-00815-M |
| FLEET MANAGEMENT SOLUTIONS INC., *ET. AL* | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT QUALCOMM INC. TO ANSWER THE COMPLAINT**

The Court having considered Defendant QUALCOMM INC.'S ("Qualcomm") motion for an extension of time to answer or otherwise plead in the reference action has merit. Accordingly, in the interests of judicial economy, Qualcomm's motion to extend the deadline for Qualcomm to serve an answer until the earlier of (a) 45 days after the Judicial Panel on Multidistrict Litigation issues a decision on the Transfer Motion or (b) September 12, 2011 is GRANTED.

Dated: _____     _____
Honorable United States District Court
Judge Barbara M.G. Lynn