UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, <br> *Plaintiff* <br><br> v. <br><br> FLEET MANAGEMENT, INC., ET AL. <br> *Defendant* | § § § § § § § § § | Case No. Civil Action No. 3:11-cv-815 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 15 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

Eugene LeDonne                                                                                      .

It is ORDERED that:

☑ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

07/15/2011
DATE

_____
PRESIDING JUDGE