AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| PJC Logistics, LLC <br> *Plaintiff* <br> v. <br> Fleet Management Solutions, Inc., et al <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No. 3:11-CV-00815-M |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fleetronix International, LLC
c/o Javier Cano
2350 East Germann Road, Suite 37
Chandler, Arizona 85286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R Mark Dietz
Dietz & Jarrard PC
106 Fannin Ave East
Round Rock, TX 78664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  07/08/2011

Signature of Clerk or Deputy Clerk



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-CV-00815-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fleetronix International, LLC
was received by me on *(date)* July 11, 2011.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Javier Cano, who is
designated by law to accept service of process on behalf of *(name of organization)* Fleetronix
International, LLC on *(date)* July 19, 2011; ~~or~~

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 12.13 for ~~travel~~ postage and $ 65.00 for services, for a total of $ 77.13 ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: July 26, 2011

_____
*Server's signature*

Jon H. Snyder
TCPS SCH-1153
*Printed name and title*



*Server's address*   CAPITOL PROCESS SERVICE
P.O. Box 1518
Georgetown, TX 78627-1518

Additional information regarding attempted service, etc:

Documents delivered via United States Postal Service certified restricted delivery mail.

ORIGINAL