IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 3:11-CV-815-M |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FLEET MANAGEMENT SOLUTIONS, INC., *ET AL*. | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant IndusTrack, LLC, has not yet answered the complaint. Accordingly, PJC Logistics voluntarily dismisses IndusTrack, LLC, without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted,

Dated: August 31, 2011    By:    */s/ Steven R. Daniels*
Steven R. Daniels
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2820
E-mail: sdaniels@farneydaniels.com

Attorneys for Plaintiff PJC Logistics LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 31, 2011, the foregoing document was filed electronically with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court.  As such, this notice was served on all counsel of record electronically.

                                                  */s/ Steven R. Daniels*
                                                 Steven R. Daniels