IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>FLEET MANAGEMENT SOLUTIONS, INC., FLEETMATICS USA, INC., FLEETRONIX INTERNATIONAL, LLC, GE CAPITAL FLEET SERVICES, GPS INSIGHT, LLC, GPS LOGIC, LLC, GPS TECHNOLOGIES OF NORTH AMERICA, INC., INDUSTRACK, LLC, NAVTRAK, INC., NETWORKFLEET INC., PEOPLENET COMMUNICATIONS CORPORATION, PROCON FLEET SERVICES, LLC, QUALCOMM INC., SAGEQUEST I, LLC, TELETRAC, INC., TELOGIS, INC., WIRELESS MATRIX USA, INC., AND XATA CORPORATION,<br><br>  Defendants. | CIVIL ACTION NO. 3:11-cv-00815<br><br>JURY DEMANDED |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION SYSTEM

Undersigned counsel hereby requests removal from the ECF notification system in the referenced matter as this case has been removed to another state and district and the undersigned is no longer acting as local counsel in this matter. Defendants, FleetMatics USA, Inc. (now known as FleetMatics USA, LLC) ("FleetMatics"), and SageQuest I, LLC ("SageQuest") continue to be represented by Eugene LeDonne and Sam Desai of Frommer Lawrence & Haug LLP.

Respectfully submitted,

/s/ Craig B. Florence
Craig B. Florence
State Bar No. 07158010
Terrell R. Miller
State Bar No. 24046446
**GARDERE WYNNE SEWELL, LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
214.999.3000 (Telephone)
214.999.3106 (Facsimile)
cflorence@gardere.com
tmiller@gardere.com

Eugene LeDonne
Sam Desai
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151
212.863.2137 (Telephone)
212.588.0500 (Facsimile)
eledonne@flhlaw.com
sdesai@flhlaw.com

**ATTORNEY FOR DEFENDANTS FLEETMATICS USA, LLC AND SAGEQUEST I, LLC**

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of February, 2012, a true and correct copy of the foregoing has been served by electronic filing using the CM/ECF system upon all registered attorneys.

/s/ Craig B. Florence
Craig B. Florence

DALLAS 2298604v.1